

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2014

No. 04-13-00789-CR

John Christopher **DOMINGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3592
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant's brief was due February 28, 2014, but was not filed. The clerk of this court notified appellant's counsel of the deficiency by letter dated March 4, 2014. *See* TEX. R. APP. P. 38.8(b)(2). The letter required appellant to respond in writing within ten days, explaining why the brief has not been filed and demonstrating that counsel has taken affirmative steps to prepare and file the brief. The letter further advised counsel that if an adequate response was not timely filed, the court would abate the appeal for an abandonment hearing in the trial court. We have received no response.

Pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we **ORDER** this appeal abated and remanded to the trial court. We **ORDER** the trial court to conduct a hearing to determine: (1) whether appellant desires to prosecute his appeal, and (2) whether appointed counsel has abandoned the appeal. Because appellant is indigent, the trial court must take steps to ensure effective assistance of counsel, including the appointment of new counsel if necessary.

The trial court may, in its discretion, receive evidence on the first issue by sworn affidavit from the appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

The trial court is further **ORDERED** to make written findings and conclusions on these issues. The clerk and court reporter are **ordered** to file in this court on or before **April 17, 2014**: (1) a reporter's record of the hearing, and (2) a supplemental clerk's record containing the trial

court's written findings of fact, conclusions of law, and recommendations addressing the above issues. *See* TEX. R. APP. P. 38.8(b)(3).

We **order** the clerk of this court to serve a copy of this order on the trial court, all counsel, the district clerk, and the court reporter.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

Keith E. Hottle
Clerk of Court